UNITED STATES DISTRICT COURT
for the
Southern District of Texas
HOUSTON DIVISION

KRISTINE SCHENK, INDIVIDUALLY AND AS
DEPENDENT ADMINISTRATOR OF, AND ON BEHALF
OF, STANLEY SCHENK INDIVIDUALLY, ET AL
Plaintiff(s)

VS.                                    Civil Action No. 4:20-cv-03799

CITY OF PASADENA, TEXAS; AND
RIGOBERTO R. SALDIVAR
Defendant

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day Doniell Hawkins, personally appeared and stated under oath as follows: I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

**ON 11/17/2020 @ 3:00 PM** – ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES **CAME TO HAND.**

**ON 11/18/2020 @ 10:24 PM**- The above named documents were delivered to: OFFICER RIGOBERTO SALDIVAR @ 1201 DAVIS STREET, PASADENA, TX 77506 **BY PERSONAL SERVICE.**

FURTHER AFFIANT SAYETH NOT.

_____
SIGNATURE

Doniell Hawkins
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by Doniell Hawkins appeared on this 29th day of NOVEMBER, 2020 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

ERICKA FLORES
Notary Public, State of Texas
Comm. Expires 06-10-2024
Notary ID 130696521



EXHIBIT A