```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   KRISTINE SCHENK, et al      .  C.A. NO. H-20-3799
                                  .  HOUSTON, TEXAS
 4   VS.                          .
                                  .  FEBRUARY 19, 2021
 5   CITY OF PASADENA, TEXAS, et al .  1:55 P.M. to 2:01 P.M.

 6

 7              TRANSCRIPT of INITIAL CONFERENCE
            BEFORE THE HONORABLE VANESSA D. GILMORE
 8               UNITED STATES DISTRICT JUDGE

 9

10   APPEARANCES: (All participants appearing by video/Zoom)

11   FOR THE PLAINTIFFS:           THOMAS DEAN MALONE
                                   Law Office of Dean Malone PC
12                                 900 Jackson Street
                                   Suite 730
13                                 Dallas, Texas  75202

14

15   FOR THE DEFENDANTS:           NORMAN RAY GILES
                                   Lewis Brisbois Bisgaard &
16                                     Smith LLP
                                   24 Greenway Plaza
17                                 Suite 1400
                                   Houston, Texas  77046
18

19
     OFFICIAL COURT REPORTER:      KATHY L. METZGER
20                                 U.S. Courthouse
                                   515 Rusk
21                                 Room 8004
                                   Houston, Texas  77002
22                                 713-250-5208

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.
```

```
1                     P R O C E E D I N G S
2          THE COURT:  All right.  In Case No. 20-3799, Schenk
3     versus City of Pasadena.  Who's here to speak for the
4     plaintiff, please?
5          MR. MALONE:  Dean Malone on behalf of the plaintiff,
6     Your Honor.
7          THE COURT:  And who's going speak for the defendants,
8     please?
9          MR. GILES:  Norman Giles.
10         THE COURT:  Mr. Giles, you represent both the City of
11    Pasadena and Rigoberto Saldivar?
12         MR. GILES:  I do.
13         THE COURT:  Okay.  Great.  So, have you all -- are you
14    still working on your disclosures to each other or have you
15    guys got those finished already?
16         MR. MALONE:  We don't, Your Honor.  We had agreed to
17    do those this coming Monday, and that was one of the things I
18    wanted to address.  And I have not spoke with Mr. Giles.  We've
19    been affected, as has the whole state, by the storm.
20         THE COURT:  Okay.
21         MR. MALONE:  I've had no staff here all week.
22         THE COURT:  All right.
23         MR. MALONE:  So my hope was, with the Court's approval
24    and obviously with Mr. Giles' approval, we could probably push
25    that out two weeks or so.
```

13:55:20
13:55:30
13:55:48
13:56:01
13:56:09

13:56:11 1  THE COURT:  Okay.  Just as long as you guys get them

2  done within the next little bit.  That sounds all right with

3  you, Mr. Giles?

4  MR. GILES:  It certainly does.

13:56:19 5  THE COURT:  Okay.  Everybody do okay over the last few

6  days?  Mr. Malone, how did you do?

7  MR. MALONE:  It's been interesting.  You know, we lost

8  power most of the time.  We spent a couple of nights at a

9  hotel.  And then the second night the hotel cuff off all of its

13:56:35 10  water.  So, you know, you pick your poison.  Do you want lack

11  of heat.  Do you want lack of water.  But we've been more

12  fortunate than many who have had either neither.  So I have a

13  lot to be thankful for.

14  THE COURT:  Out of the firing pan into the fire, huh?

13:56:48 15  MR. MALONE:  Yeah, exactly, exactly.

16  THE COURT:  All right.  You doing okay, Mr. Giles,

17  though?

18  MR. GILES:  Well, I lost my electric and the water for

19  half the week, but now I have the electric back, but I've got

13:56:58 20  some broken pipes in my ceilings.

21  THE COURT:  Ooh, no you don't.  Are you one of

22  those -- you're one of those people that's going to make a

23  plumber rich next week, right?

24  MR. GILES:  That's right, if you can find one.

13:57:10 25  THE COURT:  Isn't that the truth.  Isn't that the

13:57:12  1  truth.

2      *MR. GILES:*  Yeah.

3      *THE COURT:*  All right.  So let's see if we can get

4  those done, those disclosures to each other within about the

13:57:18  5  next two weeks.  Let me know if there's any problem with that.

6      *MR. MALONE:*  All right.

7      *THE COURT:*  Is this everyone that you expect to be in

8  the case though, right, Mr. Malone?

9      *MR. MALONE:*  Yes, Your Honor.

13:57:26  10      *THE COURT:*  Okay.  Do you need any time at all to

11  amend your pleadings or add any additional parties?

12      *MR. MALONE:*  We had a proposed date in our joint

13  report, which I think is fine from our perceptive.  But quite

14  honestly, again, I don't expect to add anybody.

13:57:40  15      *THE COURT:*  Let me see.  What did y'all have?  Oh,

16  yeah, here it is.  Y'all had all these double sets of things.

17  I'm not doing that.  I'm not doing all that double sets of

18  dates stuff.  Maybe y'all do that with somebody else.  I

19  understand that the defense may bring up qualified immunity,

13:57:51  20  whatever.  I'm setting one set of deadlines.  Y'all figure it

21  out.

22        April the 9th, amendments to pleadings and

23  addition of new parties.

24        I don't see what the difference is on experts on

13:58:01  25  qualified immunity versus the experts for the whole case.  So I

13:58:05  1   don't see any reason to set two deadlines for expert witnesses.

2   I'm setting one deadline.  Is July 9th going to work for

3   deadline for all expert witnesses in this case or not?

4   Mr. Malone?

13:58:15  5        *MR. MALONE:*  Well, we would have to get our discovery

6   moving pretty quickly, which I fully intend to do.  And

7   Mr. Giles and I have worked together on other cases, so I

8   suspect we can do that.  I mean, we're just in February, so I

9   think that's true.  And obviously I'll let Mr. Giles address --

13:58:30  10       *THE COURT:*  Well, that seems a little ambitious to me,

11   given, you know, everything that's going on.

12       *MR. MALONE:*  I'd prefer it be later.  And, again, I

13   know -- I suspect Mr. Giles has arguments about qualified

14   immunity and all --

13:58:43  15       *THE COURT:*  Right.

16       *MR. MALONE:*   -- but if the Court is telling us that

17   it's not going to bifurcate discovery, then I would prefer

18   later dates.  When we proposed these, even with the

19   bifurcation --

13:58:53  20       *THE COURT:*  Okay.  But, Mr. Giles, you can file your

21   motion on qualified immunity whenever you want to, because

22   obviously you don't want -- I mean, the sooner you get your

23   motion on qualified immunity filed, the sooner I can address

24   and deal with that issue and you can figure out what other

13:59:05  25   discovery needs to be done, if any.  So if you have your

13:59:10   1   qualified immunity motion ready to go soon, then that's fine

  2   with me.

  3               Anyway, here's your deadlines:  August 1 is

  4   plaintiffs' deadline for expert witnesses.

13:59:18   5               September 1 is defendants' deadline for expert

  6   witnesses.

  7               December 1 is your discovery cutoff.

  8           *MR. MALONE:*  I missed the middle date, Your Honor.

  9   I'm sorry, I didn't hear you.

13:59:33   10           *THE COURT:*  What middle date?  I'm sorry.

  11           *MR. MALONE:*  I'm sorry.  Defendants' experts

  12   designation deadline.

  13           *THE COURT:*  I don't know.  I don't remember what I

  14   said.

13:59:40   15           *MR. GILES:*  I think you said September 1st.

  16           *THE COURT:*  Now I'm confused.  I don't even know what

  17   it was.

  18           *MR. GILES:*  I heard September 1st, Your Honor.

  19           *MR. MALONE:*  I heard that was for plaintiff, but I

13:59:49   20   could be wrong.

  21           *THE COURT:*  We'll send it to you.

  22           *MR. MALONE:*  Okay.

  23           *THE COURT:*  December 1 is the discovery cutoff.

  24              January 15, 2022, is the motions deadline.

14:00:07   25              5A is 4-22-22.

14:00:14  1            5B is 4-25-22.

          2            Docket call is 4-29-22.  That gives you a

          3   May 2022 trial date.

          4            But, Mr. Giles, you can file your qualified

14:00:30  5   immunity motion whenever you want to, if you have that ready to

          6   go.

          7            MR. GILES:  Thank you, Your Honor.

          8            THE COURT:  I'm not -- you know, you don't have to

          9   wait all the way until the motions deadline.  Obviously that

14:00:41 10   could impact what discovery you have to do, if any, right?  So

         11   the sooner the better on qualified immunity, if that's an issue

         12   that you're going to raise.

         13            Can we talk about anything else?

         14            MR. MALONE:  Not from plaintiffs' perspective.

14:00:57 15            MR. GILES:  Not from the defense.

         16            THE COURT:  All right.  Y'all be safe.  Have a good

         17   weekend.

         18            MR. MALONE:  Thank you very much.

         19            THE COURT:  All right.  Bye-bye.

14:01:06 20       (Concluded at 2:01 p.m.)

         21                              *  *  *

         22   I certify that the foregoing is a correct transcript from the
              record of proceedings in the above-entitled cause, to the best
         23   of my ability.

         24   /s/ *Kathy L. Metzger*                   *4-29-2021*
              Kathy L. Metzger                          Date
         25   Official Court Reporter